IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Capital Interest Only I, LLC; Principal Commercial Funding, LLC; Principal Commercial Funding II, LLC; and Principal Real Estate Investors, LLC<br><br>      Plaintiffs,<br>v.<br><br>Bank of America Corporation; Bank of America, N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffseisen-Boerenleenbank, B.A.; Credit Suisse Group AG; Deutsche Bank AG; HBOS PLC; HSBC Holdings PLC; HSBC Bank PLC; ICAP PLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds Banking Group PLC; The Norinchukin Bank; Portigon AG; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; R.P. Martin Holdings Ltd.; Société Générale, S.A.; Tullett Prebon PLC; UBS AG; WestLB AG; and Westdeutsche ImmobilienBank AG;<br><br>      Defendants. | Civil Case No. 4:13-00335-SMR/CFB<br><br>NOTICE OF APPEARANCE OF JOEL A. MINTZER<br><br>JURY TRIAL DEMANDED |

NOTICE OF APPEARANCE OF JOEL A. MINTZER

The undersigned attorney hereby notifies the Court and counsel that Joel A. Mintzer shall appear as counsel of record for the above-captioned plaintiffs.

Dated: August 12, 2013            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

/s/ Joel A. Mintzer

K. Craig Wildfang
Thomas B. Hatch
Thomas J. Undlin
Joel A. Mintzer (11427)
Stacey P. Slaughter
Thomas F. Berndt
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402–2015
(612) 349–8500
KCWildfang@rkmc.com
TBHatch@rkmc.com
TJUndlin@rkmc.com
JAMintzer@rkmc.com
SPSlaughter@rkmc.com
TFBerndt@rkmc.com

*Counsel for Plaintiffs*

84101187.1