IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Capital Interest Only I, LLC; Principal Commercial Funding, LLC; Principal Commercial Funding II, LLC; and Principal Real Estate Investors, LLC<br><br>Plaintiffs,<br>v.<br><br>Bank of America Corporation; Bank of America, N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffseisen-Boerenleenbank, B.A.; Credit Suisse Group AG; Deutsche Bank AG; HBOS PLC; HSBC Holdings PLC; HSBC Bank PLC; ICAP PLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds Banking Group PLC; The Norinchukin Bank; Portigon AG; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; R.P. Martin Holdings Ltd.; Société Générale, S.A.; Tullett Prebon PLC; UBS AG; WestLB AG; and Westdeutsche ImmobilienBank AG;<br><br>Defendants. | Civil Case No. 4:13-00335-SMR/CFB<br><br>MOTION FOR *PRO HAC VICE* ADMISSION FOR THOMAS F. BERNDT<br><br>JURY TRIAL DEMANDED |

## Motion for *Pro Hac Vice* Admission for Thomas F. Berndt

Thomas F. Berndt, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of Plaintiffs in the above-captioned matter. Thomas F. Berndt states that he is a member in good standing of the bar of the State of Minnesota and the United States District Court for the District of Minnesota and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Thomas F. Berndt further states he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Joel A. Mintzer, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Dated: August 14, 2013     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

<u>/s/ Thomas F. Berndt</u>

K. Craig Wildfang
Thomas B. Hatch
Thomas J. Undlin
Joel A. Mintzer (11427)
Stacey P. Slaughter
Thomas F. Berndt
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402–2015
(612) 349–8500
KCWildfang@rkmc.com
TBHatch@rkmc.com
TJUndlin@rkmc.com
JAMintzer@rkmc.com

SPSlaughter@rkmc.com
TFBerndt@rkmc.com

*Counsel for Plaintiffs*

84099965.1