IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Capital Interest Only I, LLC; Principal Commercial Funding, LLC; Principal Commercial Funding II, LLC; and Principal Real Estate Investors, LLC<br><br>Plaintiffs,<br>v.<br><br>Bank of America Corporation; Bank of America, N.A.; Bank of Tokyo-Mitsubishi UJF Ltd.; Barclays Bank PLC; British Bankers' Association; BBA Enterprises, Ltd.; BBA Libor, Ltd.; Citigroup, Inc.; Citibank, N.A.; Coöperatieve Centrale Raiffseisen-Boerenleenbank, B.A.; Credit Suisse Group AG; Deutsche Bank AG; HBOS PLC; HSBC Holdings PLC; HSBC Bank PLC; ICAP PLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Lloyds Banking Group PLC; The Norinchukin Bank; Portigon AG; Royal Bank of Canada; The Royal Bank of Scotland Group PLC; R.P. Martin Holdings Ltd.; Société Générale, S.A.; Tullett Prebon PLC; UBS AG; WestLB AG; and Westdeutsche ImmobilienBank AG;<br><br>Defendants. | Civil Case No. 4:13-00335-SMR/CFB<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION FOR STACEY P. SLAUGHTER**<br><br>**JURY TRIAL DEMANDED** |

**Motion for *Pro Hac Vice* Admission for Stacey P. Slaughter**

Stacey P. Slaughter, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of Plaintiffs in the above-captioned matter. Stacey P. Slaughter states that she is a member in good standing of the bar of the State of Minnesota and the United States District Court for the District of Minnesota and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her *pro hac vice* representation in this case.

Stacey P. Slaughter further states she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Joel A. Mintzer, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Dated: August 14, 2013              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                    /s/ Stacey P. Slaughter

                                    K. Craig Wildfang
                                    Thomas B. Hatch
                                    Thomas J. Undlin
                                    Joel A. Mintzer (11427)
                                    Stacey P. Slaughter
                                    Thomas F. Berndt
                                    2800 LaSalle Plaza
                                    800 LaSalle Avenue South
                                    Minneapolis, MN 55402–2015
                                    (612) 349–8500
                                    KCWildfang@rkmc.com
                                    TBHatch@rkmc.com
                                    TJUndlin@rkmc.com
                                    JAMintzer@rkmc.com

        SPSlaughter@rkmc.com
        TFBerndt@rkmc.com

        *Counsel for Plaintiffs*

84099941.1